# In the United States Court of Federal Claims

## OFFICE OF SPECIAL MASTERS

```
* * * * * * * * * * * * * * * * * * * * * * * *
JOHN PEREZ, an infant, by his mother     *
and natural guardian,                    *        UNPUBLISHED
MARSOLAIRE ANTEQUERA,                     *
                                         *        No. 12-595V
                    Petitioner,          *        Special Master Christian J. Moran
                                         *
v.                                       *        Filed: February 25, 2013
                                         *
SECRETARY OF HEALTH                      *        Notice of Dismissal; Vaccine Rule 21(a);
AND HUMAN SERVICES,                      *        No Judgment; Order Concluding
                                         *        Proceedings
                    Respondent.          *
* * * * * * * * * * * * * * * * * * * * * * * *
```

## ORDER CONCLUDING PROCEEDINGS[1]

On February 20, 2013, petitioner requested a dismissal of the above-captioned case.

Accordingly, pursuant to Vaccine Rule 21(a) the above-captioned case is hereby dismissed without prejudice. The Clerk of the Court is hereby instructed that a judgment shall not enter in the instant case pursuant to Vaccine Rule 21(a).

**IT IS SO ORDERED.**

s/Christian J. Moran
Christian J. Moran
Special Master

---

[1] The E-Government Act of 2002, Pub. L. No. 107-347, 116 Stat. 2899, 2913 (Dec. 17, 2002), requires that the Court post this decision on its website. Pursuant to Vaccine Rule 18(b), the parties have 14 days to file a motion proposing redaction of medical information or other information described in 42 U.S.C. § 300aa-12(d)(4). Any redactions ordered by the special master will appear in the document posted on the website.